No. 2028, Misc. HURD *v.* HURD ET AL. C. A. 1st Cir. Certiorari denied.

No. 1635, Misc. HUDSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1957, Misc. EVANS *v.* LASH, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 502, Misc., October Term, 1967. EPTON *v.* NEW YORK, 390 U. S. 29, 976; and

No. 771, Misc., October Term, 1967. EPTON *v.* NEW YORK, *ibid.* Motion for leave to file second petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 445. STANDARD INDUSTRIES, INC. *v.* TIGRETT INDUSTRIES, INC., ET AL., 397 U. S. 586;

No. 1146. AMERICAN ART INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD, 397 U. S. 990;

No. 1256. CINCINNATI WINDOW CLEANING CO. ET AL. *v.* WALKER, TRUSTEE IN BANKRUPTCY, 397 U. S. 1038;

No. 1276. BIRNBAUM *v.* UNITED STATES, 397 U. S. 1044;

No. 1279. McGRATH *v.* KIRWAN, 397 U. S. 1041;

No. 1303. GRIPKEY *v.* GERTY ET AL., 397 U. S. 1063;

No. 1320. GRIPKEY *v.* SISTERS OF CHARITY OF THE BLESSED VIRGIN MARY, 397 U. S. 1042;

No. 1335. EUGENE SAND & GRAVEL, INC. *v.* LOWE ET AL., 397 U. S. 591; and

No. 1336. EUGENE SAND & GRAVEL, INC. *v.* LOWE ET AL., 397 U. S. 1042. Petitions for rehearing denied.